IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL BOWLING, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 23-CV-4897 |
| | : | |
| LEHIGH COUNTY, *et al.* | : | |
|     Defendants. | : | |

**ORDER**

AND NOW, this 28th day of June, 2024, upon consideration of Plaintiff Daniel Bowling's Amended Complaint (ECF No. 12), it is **ORDERED** that:

1. For the reasons stated in the Court's Memorandum, the following claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii):  (1) all official capacity and/or municipal liability claims against Lehigh County and (2) all claims asserted against Warden Kyle Russell.  The only claims that will proceed to service are Bowling's deliberate indifference claims against Correctional Officer Jordan and Sergeant Gonzales in their individual capacities.

2. The Clerk of Court is **DIRECTED** to **TERMINATE** the following Defendants: (1) Lehigh County Entity Board/Supervisors and (2) Kyle Russell, Warden Lehigh County Prison.

3. The case shall proceed at this time to service by the U.S. Marshal Service, in accordance with 28 U.S.C. § 1915(d) and Federal Rule of Civil Procedure 4(c)(3), against the following Defendants:

    a. Correctional Officer Jordan

    b. Sergeant Gonzales

4. In anticipation of service by the U.S. Marshal Service, the Clerk of Court is **DIRECTED** to send a copy of this Order to Bowling together with one copy of the U.S. Marshal Service of Process Receipt and Return Form USM-285 ("USM-285 Form") for each Defendant listed in paragraph three (3) of this Order.[1] The Clerk of Court is further **DIRECTED** to note the mailing on the docket.

5. To proceed with service, Bowling must complete a USM-285 Form for each Defendant listed in paragraph three (3) and return the completed form(s) to the Clerk's Office within **twenty-one (21) days** of the date of this Order. Service cannot be made by the U.S. Marshal Service until Bowling completes and returns these forms.

6. In completing the USM-285 Form(s), Bowling is instructed as follows:

   a. Bowling should complete a separate USM-285 Form for each Defendant listed in paragraph three (3) of this Order. Only one Defendant's name should appear on each USM-285 Form.

   b. Bowling shall not complete a USM-285 Form for any individual or entity that is not listed as a Defendant in paragraph three (3) of this Order, including but not limited to any Defendant who already has been dismissed from this case.

   c. Bowling should include as much identifying information as possible for each Defendant, including the Defendant's first name, last name, and, where relevant, the Defendant's badge number.

   d. Bowling must provide each Defendant's complete address at a location where that Defendant can be served. The U.S. Marshals Service cannot serve a

---

[1] This form is available online at https://www.usmarshals.gov/sites/default/files/media/document/usm-285_process-receipt.pdf.

       Defendant at a P.O. Box address.  It is Bowling's responsibility, and not the duty of the Court, the Clerk's Office, or the Marshals Service, to ascertain the addresses of the Defendants.  *See, e.g.*, *Meade v. Reynolds*, 810 F. App'x 86, 88 (3d Cir. 2020) (*per curiam*) ("[T]he plaintiff must provide the district court with sufficient information to enable the Marshals Service to effectuate service of process." (citing *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993)); *Harris v. McMullen*, 609 F. App'x 704, 707 (3d Cir. 2015) (*per curiam*) ("Harris has not pointed to any authority instructing that a District Court or the USMS must engage in extraordinary measures to assist an [*in forma pauperis*] litigant in locating a defendant's address for the purpose of service of process, and we are not aware of any.").

    e.   Failure to include a proper address may result in the Defendant not being served and/or the dismissal of Bowling's claims against any such Defendant.

7.    Bowling is cautioned that failure to return the completed USM-285 Form(s) in accordance with the above instructions may result in dismissal of this case for failure to prosecute without further notice from the Court.

8.    The Clerk of Court is **DIRECTED** to docket any USM-285 Forms that Bowling returns in this case.

9.    The Clerk of Court is **DIRECTED** not to issue summonses at this time.  The Court will direct issuance of summonses upon receipt of properly completed USM-285 Forms.

                              **BY THE COURT:**

                              /s/ John Milton Younge
                              **JOHN MILTON YOUNGE, J.**